UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
**FILED**
DEC 09 2021
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.

INDICTMENT NO. 21-67-DLB-CJS
18 U.S.C. § 2423(b)

**SHAKIR LITTLE**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about July 27, 2021, in Boone County, in the Eastern District of Kentucky, and elsewhere,

**SHAKIR LITTLE**

traveled in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person, all in violation of 18 U.S.C. § 2423(b).

**A TRUE BILL**

_____

_[signature]_

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 30 years imprisonment, a $250,000 fine, and not less than 5 years supervised release.

**PLUS:**   Mandatory special assessment of $100.

**PLUS:**   Restitution, if applicable.