UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

**CRIMINAL ACTION NO. 21-67-S-DLB-CJS**

**UNITED STATES OF AMERICA**                                                                                                       **PLAINTIFF**

**V.**             **STIPULATION REGARDING RESTITUTION**

**SHAKIR LITTLE**                                                                                                       **DEFENDANT**

      The United States, by and through counsel, and the Defendant Shakir Little, by and through counsel, hereby stipulate as follows regarding the restitution owed by the Defendant.

1. On April 21, 2022, the Defendant pleaded guilty to Count 2 of the Superseding Indictment, charging a violation of 18 U.S.C. § 2252(a)(1) (Transporting or Shipping a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct).

2. The United States has received restitution requests from three victims who were identified by NCMEC in images recovered during the investigation of this case: "Pia," "Lily," and "Maria."[1]

3. On June 21, 2022, the parties conducted a conference call with an attorney for "Pia" and "Lily" to discuss their respective restitution requests. Both parties and the attorney for the victims agreed "Pia" and "Lily" should each be

---

1 The victims go by pseudonyms.

awarded $3,000. Undersigned counsel discussed these requests with the Defendant, and he also agrees to the awards to "Pia" and "Lily."

4. On July 6, 2022, the United States received a request for restitution from a third victim, "Maria," who is represented by one of the attorneys who represents "Pia" and "Lily." "Maria" requests restitution in the amount of $5,000. The United States and the Defendant have agreed to disagree on the restitution request of "Maria," and will address this request at sentencing.

CARLTON S. SHIER, IV<br>
UNITED STATES ATTORNEY

Date: 7/8/22             By:    /s/ Kyle M. Winslow
                                Kyle M. Winslow
                                Assistant United States Attorney


Date: 7/8/22                    /s/ Eric Eckes (by KMW w/ permission)
                                Eric Eckes
                                Attorney for Defendant

2