**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 2:21-cr-00067-DLB-CJS |
| Plaintiff, | : | |
| v. | : | Judge Bunning |
| SHAKIR LITTLE, | : | |
| Defendant. | : | |

**SENTENCING MEMORANDUM**

Now comes Defendant Shakir Little, by and through counsel, and respectfully submits this sentencing memorandum to assist this Court in determining a sentence "sufficient, but not greater than necessary," to fulfill the sentencing purposes set forth in 18 U.S.C. § 3553(a). On April 21, 2022, Mr. Little pleaded guilty to Count Two of the superseding indictment; transporting or shipping a visual depiction of a minor engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(1).

Undersigned counsel and the government have reached an agreed plea of 14 years. Because there is an agreed resolution in this case, a significant sentencing memorandum is not offered at this time. However, counsel can provide this Court with more information if this Court feels it is necessary upon request and at the sentencing hearing.

Mr. Little has a criminal history score of two. (Presentence Investigation Report, ¶ 45). The only offenses in Mr. Little's criminal history are for driving offenses. Mr. Little does not have a criminal history involving any violent or drug related offenses.

Mr. Little is extremely remorseful for his conduct. Counsel can report to this Court that Mr. Little has been extraordinarily agreeable and easy to get along with throughout the process of reviewing discovery and resolving this case. Mr. Little has accepted responsibility from the very

beginning, and immediately communicated to counsel an understanding that his conduct would result in a substantial sentence of incarceration. He has offered no excuses, and he has expressed not a single complaint.

Mr. Little respectfully requests this Court imposed the agreed upon sentence of 14 years.

Respectfully submitted,

s/Eric G. Eckes_____
ERIC G. ECKES (0093604)
Pinales, Stachler, Young, & Burrell Co., LPA
455 Delta Ave., Suite 105
Cincinnati, Ohio 45226
(513) 252-2723
(513) 252-2751 (fax)
eeckes@pinalesstachler.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served on all counsel by the Clerk's electronic filing system this 12th day of July, 2022.

Respectfully submitted,

s/Eric G. Eckes_____
ERIC G. ECKES (0093604)
Pinales, Stachler, Young, & Burrell Co., LPA
455 Delta Ave., Suite 105
Cincinnati, Ohio 45226
(513) 252-2723
(513) 252-2751 (fax)
eeckes@pinalesstachler.com